IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHARLES PUMILIA     PLAINTIFF

VS.     CIVIL ACTION NO. 2:20-CV-152-TBM-MTP

OSMOSE UTILITIES SERVICES, INC. AND
DEMARKUS KING     DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties ore tenus to dismiss this entire cause with prejudice, and this Court, having considered the same and noting that this entire cause has been compromised and settled as between and among the parties, is of the opinion that the motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs and attorney's fees.

SO ORDERED AND ADJUDGED, this the __30th__ day of July, 2021.

_____
U. S. DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

_____
DAVID PITRE – MS BAR # 99388
ATTORNEY FOR PLAINTIFF

_____
ROY A. SMITH, JR – MS BAR # 7599
ATTORNEY FOR DEFENDANTS

{D1086800.1}     1